# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TARA DURNELL,<br><br>Defendant. | Case No. CR 23-27-GF-BMM<br><br><br>ORDER |

Tara Durnell, Defendant in the above-entitled action, having filed a Motion to Amend Judgment, there being no objection from the Government and good cause appearing:

IT IS HEREBY ORDERED that the Judgment is amended as follows:

1. Special Condition #9 to read:

"You must participate in substance abuse testing to include not more than 104 urinalysis tests, not more than 104 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision.  You must pay for part or all of the costs of testing as directed by the probation office."

DATED this 21st  day of December 2023.

_____
Brian Morris, Chief District Judge
United States District Court